Submitted March 24, 1972. *Daniel Preminger* and *Francis S. Wright*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jenkins, Appellant.

Submitted March 22, 1972. *Evan Silverstein* and *Francis S. Wright*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 13, 1972. *Smith B. Gephart*, Assistant Public Defender, for appellant; *Marion E. MacIntyre*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 23, 1972. *Harold L. Randolph,* for appellant; *Judith Dean* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted March 21, 1972. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kiefer, Appellant.

Submitted March 20, 1972. *Robert P. Grim,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.